Attorneys for Plaintiff(s)

Orlando Ira Brown / Proper

LODGED

759 Kelly lane

Riverside, Ca. 92501

951-682-6945    2009 AUG 25  PM 1:50

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA
RIVERSIDE

Brown

PLAINTIFF(S)

v.

Wells Fargo

DEFENDANT(S)

CASE NUMBER

CV  09   06201

COMPLAINT FOR

Antitrust

I went to the bank on Wed. a.m. at approxiamately 9:00 to cash a $25,00 personal check. I gave Holly Fisher my drivers license and the check. She did not return my drivers license, and acted very nervous upon my request for her to return it, and then looked around to see if she could find it.